UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Vinyl Kraft, Inc.,

    Plaintiff,

    v.                           Case No.1:16cv457

Groesch Building Supply,
Inc., *et al.*,                    Judge Michael R. Barrett

    Defendants.

## ENTRY OF DEFAULT BY CLERK

A thorough review of the record in this case indicates that the Complaint was filed in this matter on April 11, 2016. The Defendants were served with the Complaint and Summons via personal service to Sea-Thru Windows, Inc., on June 6, 2016 and to Groesch Building Supply, Inc., on June 6, 2016.

As of August 23, 2016, Defendants have failed to plead or otherwise defend in this cause as required by law;

In accordance with Rule 55(a) of the Federal Rules of Civil Procedure default is hereby entered against the Defendants Sea-Thru Windows, Inc., and Groesch Building Supply, Inc., on this 24th day of August, 2016.

                                             Richard W. Nagel, Clerk

                                             By:   *S/Barbara A. Crum*
                                             Deputy Clerk